JONATHAN O. PENA, ESQ.
CA Bar ID No. 278044
Peña & Bromberg, PLC
2440 Tulare St., Suite 320
Fresno, CA  93721
Telephone: 559-412-5390
Fax: 866-282-6709
info@jonathanpena.com
Attorney for Plaintiff

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Christian Dejesus Caratachea,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>Kilolo Kijakazi, Acting Commissioner of Social Security,<br><br>　　　　Defendant. | Case No. 1:21-cv-00804-BAM<br><br>STIPULATION AND ORDER FOR EXTENSION OF TIME |

　　　IT IS HEREBY STIPULATED, by and between the parties through their respective counsel of record, with the Court's approval, that Plaintiff shall have a 3-day extension of time, from December 17, 2021 to December 20, 2021, for Plaintiff to serve on defendant with PLAINTIFF'S LETTER BRIEF. All other dates in the Court's Scheduling Order shall be extended accordingly.

　　　This is Plaintiff's first request for an extension of time.  Counsel for Plaintiff mistakenly marked the task of serving the letter brief as completed however an audit revealed it had not yet been served. Although the brief was completed by

December 17, 2021, Counsel for Plaintiff did not serve it on Defendant until today's date.

Counsel had a short day on December 17, 2021 due to a company-wide holiday lunch that was planned with Counsel's staff.  This led to the confusion within counsel's office.  Defendant does not oppose the requested extension.  Counsel apologizes to the Defendant and Court for any inconvenience this may cause.

Respectfully submitted,

Dated: December 20, 2021         PENA & BROMBERG, ATTORNEYS AT LAW

By: */s/ Jonathan Omar Pena*
JONATHAN OMAR PENA
Attorneys for Plaintiff

Dated: December 20, 2021         PHILLIP A. TALBERT
Acting United States Attorney
LISA A. THOMAS
Regional Chief Counsel, Region VII
Social Security Administration

By:  *\*/s/ Jeffrey E. Staples*
Jeffrey E. Staples
Special Assistant United States Attorney
Attorneys for Defendant
(*As authorized by email on December 20, 2021)

## **ORDER**

Pursuant to the parties' stipulation, and cause appearing, Plaintiff's request for an extension of time to December 20, 2021, to serve Defendant with Plaintiff's confidential Letter Brief is GRANTED nunc pro tunc.

IT IS SO ORDERED.

Dated:   **December 21, 2021**          /s/ Barbara A. McAuliffe
                                                     UNITED STATES MAGISTRATE JUDGE