UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTIAN DEJESUS CARATACHEA, | No. 1:21-cv-00804-DAD-FJS |
| Plaintiff, | |
| v. | ORDER ADOPTING FINDINGS AND RECOMMENDATIONS AND REMANDING THIS ACTION TO THE COMMISSIONER FOR SOCIAL SECURITY FOR FURTHER PROCEEDINGS CONSISTENT WITH THIS ORDER |
| COMMISSIONER OF SOCIAL SECURITY, | |
| Defendant. | |
| | (Doc. Nos. 21, 22, 30) |

Plaintiff Christian Dejesus Caratachea, proceeding with counsel, brought this action seeking judicial review of the Commissioner of Social Security's final decision denying his application for disability insurance benefits and supplemental security income under the Social Security Act.  (Doc. No. 1.)  The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On May 30, 2025, the assigned magistrate judge issued findings and recommendations recommending that plaintiff's request for vacatur of the decision of the administrative law judge ("ALJ") and remand for further proceedings (Doc. No. 21) be granted.  (Doc. No. 30.) Specifically, the magistrate judge found that the ALJ had known that it was likely approximately 14 months of plaintiff's mental health treatment records were missing from the administrative

record and committed error by relying on the resultant lack of evidence in the record to reach her determination. (*Id.* at 5–9.) Because the record was not fully developed, the magistrate judge recommended that remand for further administrative proceedings is appropriate. (*Id.* at 9.)

The pending findings and recommendations were served on the parties and contained notice that any objections thereto were to be filed within fourteen (14) days after service. (*Id.* at 10.) To date, neither party has filed objections and the time in which to do so has passed.

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(B), this court has conducted a *de novo* review of the case. Having carefully reviewed the entire file[1], including plaintiff's objections and the Commissioner's reply thereto, the court adopts the pending findings and recommendations.

1. The findings and recommendations issued on May 30, 2025 (Doc. No. 30) are ADOPTED in full;

2. Plaintiff's motion for summary judgment (Doc. No. 21), styled as an opening brief, is GRANTED;

3. Defendant's cross-motion for summary judgment (Doc. No. 22), styled as an opposition brief, is DENIED;

4. The case is remanded to the Commissioner of Social Security for further proceedings consistent with this order; and

5. The Clerk of the Court is directed to enter judgment in favor of plaintiff and close this case.

IT IS SO ORDERED.

Dated:  **March 26, 2026**                     _____
                                                                              DALE A. DROZD
                                                                              UNITED STATES DISTRICT JUDGE

---

[1] The court apologizes to the parties for the delay in the court's issuance of this order. The undersigned was unaware of the pending findings and recommendations until very recently. It appears that several social security cases pending in the Fresno courthouse which at one time were assigned to the NODJ caseload (*see* Doc. No. 28), have become untethered from the normal tracking system that would bring those cases to the attention of the subsequently assigned district judge. The court is working on a solution to this issue.

3