UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTIAN DEJESUS CARATACHEA,<br><br>Plaintiff,<br><br>v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>Defendant. | No.  1:21-cv-00804-DAD-FJS (SS)<br><br>ORDER ADOPTING THE PARTIES' STIPULATION FOR THE AWARD OF ATTORNEY'S FEES UNDER THE EQUAL ACCESS TO JUSTICE ACT<br><br>(Doc. Nos. 35, 36) |

On May 18, 2021, plaintiff Christian Dejesus Caratachea filed this action seeking review of a final decision of defendant Commissioner of Social Security.  (Doc. No. 1.)  On March 27, 2026, the matter was remanded to the Commissioner of Social Security for further proceedings consistent with this court's order.  (Doc. No. 33.)  On June 25, 2026, plaintiff filed a motion for attorneys' fees pursuant to the Equal Access to Justice Act ("EAJA"), 28 U.S.C. § 2412(d).  (Doc. No. 35.)  On July 2, 2026, the parties filed a stipulation with the court in which the parties agree that plaintiff shall be awarded attorney's fees pursuant to the EAJA in the amount of $6,438.89.  (Doc. No. 36.)  Moreover, plaintiff withdrew his motion for attorneys' fees (Doc. No. 35) in that stipulation.  (Doc. No. 36 at 3.)

Good cause appearing, and pursuant to the parties' July 2, 2026 stipulation, the court orders as follows:

1

1. Pursuant to the EAJA, 28 U.S.C. § 2412(d), plaintiff is awarded attorneys' fees in the amount of $6,438.89;

2. After the issuance of this order the government shall consider the assignment of the EAJA attorney's fees to plaintiff's counsel:

   a. Pursuant to the decision in *Astrue v. Ratliff*, 560 U.S. 586 (2010), any such assignment will depend on whether the attorney's fees are subject to any offset allowed under the United States Department of Treasury's ("the DOT") Offset Program;

   b. Fees shall be made payable to plaintiff, but if the DOT determines that plaintiff does not owe a federal debt, then the government shall cause the payment of attorney's fees to be made to be made directly to plaintiff's counsel, Francesco Benavides;

3. Whether the payment of attorney's fees is made payable to plaintiff or to her counsel, the check shall be mailed to plaintiff's counsel's mailing address at:

   Jonathan Omar Pena
   Pena & Bromberg, PC
   3467 W. Shaw Ave.
   Suite 100
   Fresno, CA 93711

4. Plaintiff's motion for attorneys' fees (Doc. No. 35) is deemed withdrawn.

IT IS SO ORDERED.

Dated:   **July 6, 2026**                   _____
                                            DALE A. DROZD
                                            UNITED STATES DISTRICT JUDGE

2